1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| 9 **MARTINI E RICCI IAMINO S.P.A. -** | **CASE NO. 1:13-CV-0276 AWI SAB** |

**MARTINI E RICCI IAMINO S.P.A. -**
**CONSORTILE SOCIETA AGRICOLA,**
**an Italian Company,**                   )          **CASE NO. 1:13-CV-0276 AWI SAB**
                                          )
                                          )          **ORDER RE: MOTION TO DISMISS**
                                          )
          **Plaintiff,**                  )
                                          )
     **v.**                               )
                                          )
**TRINITY FRUIT SALES COMPANY,**          )
**INC., a California Corporation, and**   )
**DOES 1-20,**                            )
                                          )
          **Defendants.**                 )
_____ )

       Defendant Trinity Fruit Sales Company, Inc. has filed a motion to dismiss. Doc. 7.
Instead of filing an opposition, Plaintiff Martini E Ricci Iamino S.P.A. has filed a first amended
complaint under Fed. Rule Civ. Proc. 15(a)(1). Doc. 10.  Thus Defendant's motion to dismiss is
DENIED as moot.

IT IS SO ORDERED.

Dated:   May 1, 2013                       _____
                                              SENIOR  DISTRICT  JUDGE

1