1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**EASTERN DISTRICT OF CALIFORNIA**

8
9

| | |
|---|---|
| **MARTINI E RICCI IAMINO S.P.A. -** | ) **CASE NO. 1:13-CV-0276 AWI SAB** |
| **CONSORTILE SOCIETA AGRICOLA,** | ) |
| **an Italian Company,** | ) **ORDER RE: MOTION TO DISMISS** |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **TRINITY FRUIT SALES COMPANY,** | ) |
| **INC., a California Corporation, and** | ) |
| **DOES 1-20,** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

10
11
12
13
14
15
16
17
18

    Defendant Trinity Fruit Sales Company, Inc. has filed a motion to dismiss. Doc. 7.
Instead of filing an opposition, Plaintiff Martini E Ricci Iamino S.P.A. has filed a first amended
complaint under Fed. Rule Civ. Proc. 15(a)(1). Doc. 10.  Thus Defendant's motion to dismiss is
DENIED as moot.

IT IS SO ORDERED.

19
20
21
22
23

Dated:   May 1, 2013                           _____

24                                                  SENIOR  DISTRICT  JUDGE

25
26
27
28

1