1  **JOHN R. CAMPO, ESQ., SBN 157137**
   **DAVID L. STRONG, ESQ., SBN 104939**
2  **BRANSON, BRINKOP, GRIFFITH & STRONG, LLP**
   643 Bair Island Road, Suite 400
3  Redwood City, California 94063
   Telephone: (650) 365-7710
4  Facsimile: (650) 365-7981
   E-Mail: jcampo@bbgslaw.com; dstrong@bbgslaw.com
5
   Attorneys for Plaintiff **MARTINI E RICCI**
6  **IAMINO S.P.A. – CONSORTILE SOCIETA AGRICOLA**

7                       UNITED STATES DISTRICT COURT

8                       EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINI E RICCI IAMINO S.P.A. – CONSORTILE SOCIETA AGRICOLA, an Italian Company,<br><br>Plaintiff,<br><br>vs.<br><br>TRINITY FRUIT SALES COMPANY, INC., a California Corporation, and DOES 1-20,<br><br>Defendants. | Case No: 1:13-CV-00276-AWI-SAB<br><br>**STIPULATION AND REQUEST TO CONTINUE DISPOSITIVE MOTION DATE AND TRIAL DATE;** |

17   Pursuant to L.R. 144 and Fed. Rules Civ. Proc. 6, the parties to this action request a

18   continuance of the dispositive motion due date (currently January 15, 2014) and the pre-trial and

19   trial dates for approximately ninety (90) days.

20   **A.    Good Cause Supporting Continuance**

21   After certain information was disclosed in discovery, the parties began discussions of an

22   out-of-court resolution of this action. The parties are hopeful that with an additional ninety (90)

23   days they may reach a settlement of their disputes.

24   Given the current deadlines, Plaintiff anticipates filing a dispositive motion on or before

25   January 15, 2014. If the dispositive motion does not resolve the matter, the current estimate for

26   trial is four (4) days.

27   Allowing the parties to continue their settlement discussions will obviate the need for

28   consumption of court time with respect to a dispositive motion and/or trial.

1

**[CASE NO. 1:13-CV-00276-AWI-SAB] STIPULATION AND REQUEST TO CONTINUE DISPOSITIVE MOTION DATE AND TRIAL DATE**

**B.     Prior Extensions**

No prior extensions have been requested nor granted.

**C.     Current and Proposed Schedule**

The current and proposed schedule is as follows:

| *Event* | *Current Schedule* | *Proposed Schedule* |
|---|---|---|
| Dispositive Motions | January 15, 2014 | **April 15, 2014** |
| Pre-Trial Conference | April 9, 2014, 8:30 a.m. | **July 9, 2014, 8:30 a.m.** |
| Trial | May 20, 2014, 9:00 a.m. | **August 19, 2014, 9:00 a.m.** |

The parties request the Court grant the requested continuance to allow for the opportunity of settlement.

IT IS SO STIPULATED.

Dated:  January 8, 2014        BRANSON, BRINKOP, GRIFFITH & STRONG LLP


By:    /s/ John R. Campo
       JOHN R. CAMPO
       Attorneys for Plaintiff
       MARTINI E RICCI IAMINO S.P.A. –
       CONSORTILE SOCIETA AGRICOLA


Dated:  January 8, 2014        MEUERS LAW FIRM, P.L.


By:    /s/ Steven E. Nurenberg (as authorized on January 8, 2014)
       LAWRENCE H. MEUERS
       STEVEN E. NURENBERG
       Attorneys for Defendant
       TRINITY FRUIT SALES COMPANY, INC.

### ORDER

The Proposed Schedule shown above is adopted as the schedule of this action.

IT IS SO ORDERED.

Dated:   January 8, 2014                       _____
                                                SENIOR DISTRICT JUDGE

BRANSON BRINKOP GRIFFITH & STRONG LLP
643 BAIR ISLAND ROAD, SUITE 400
REDWOOD CITY, CALIFORNIA 94063
TELEPHONE (650) 365-7710

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BRANSON BRINKOP GRIFFITH & STRONG LLP
643 BAIR ISLAND ROAD, SUITE 400
REDWOOD CITY, CALIFORNIA 94063
TELEPHONE (650) 365-7710

[CASE NO. 1:13-CV-00276-AWI-SAB] STIPULATION AND REQUEST TO CONTINUE DISPOSITIVE MOTION DATE AND TRIAL DATE