# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINI E RICCI IAMINO S.P.A. – CONSORTILE SOCIETA AGRICOLA, an Italian Company,<br><br>  Plaintiff,<br><br>  v.<br><br>TRINITY FRUIT SALES COMPANY, INC., a California Corporation, and DOES 1-20,<br><br>  Defendants. | 1:13-cv-276-AWI-SAB<br><br>**ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |

On March 10, 2014, Plaintiff Martini E Ricci Iamino S.P.A. filed a motion to for summary judgment. Defendant Trinity Fruity Sales Company filed an opposition on March 31, 2014. Plaintiff filed a reply on April 7, 2014. The motion is set for hearing before this Court on Monday, April 14, 2014 at 1:30 p.m. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument. *See* Eastern District Local Rule 230(g).  The hearing date of April 14, 2014 is hereby VACATED and the parties shall not appear at that time.  The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 9, 2014                              _____
                                                                    SENIOR  DISTRICT  JUDGE

1