**JOHN R. CAMPO, ESQ., SBN 157137**
**BRANSON, BRINKOP, GRIFFITH & CAMPO, LLP**
643 Bair Island Road, Suite 400
Redwood City, California 94063
Telephone:  (650) 365-7710
Facsimile:  (650) 365-7981
E-Mail:  jcampo@bbgslaw.com

Attorneys for Plaintiff  **MARTINI E RICCI IAMINO S.P.A. – CONSORTILE SOCIETA AGRICOLA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINI E RICCI IAMINO S.P.A. – CONSORTILE SOCIETA AGRICOLA, an Italian Company,<br><br>Plaintiff,<br><br>vs.<br><br>TRINITY FRUIT SALES COMPANY, INC., a California Corporation, and DOES 1-20,<br><br>Defendants. | Case No: 1:13-CV-00276-AWI-SAB<br><br>**STIPULATION AND REQUEST TO CONTINUE PRE TRIAL CONFERENCE AND TRIAL DATE;  ORDER** |

Pursuant to L.R. 144 and Fed. Rules Civ. Proc. 6, the parties to this action request a continuance of the pre-trial and trial dates for approximately ninety (90) days.

**A.   Good Cause Supporting Continuance**

Plaintiff filed a motion for summary judgment on March 10, 2014 (Dkt. No. 21); Defendant filed an opposition and cross motion for summary judgment on March 31, 2014 (Dkt. No. 22).[1]  The parties believe, and argued in their motions this matter is capable of decision through the motions.

---

[1] Plaintiff filed a Reply in Support of Motion for Summary Judgment on April 7, 2014 [Dkt. No. 23].  This Court entered an Order [Dkt. No. 27] granting leave for Defendant to file a Sur Reply, which was filed April 24, 2014 [Dkt. No. 28].

1

**[CASE NO. 1:13-CV-00276-AWI-SAB] STIPULATION AND REQUEST TO CONTINUE PRE TRIAL CONFERENCE AND TRIAL DATE**

On April 9, 2014 the Court ordered the hearing on the cross motions vacated, and took the motions under submission.

In the interests of judicial efficiency and to avoid incurring unnecessary costs, the parties request that the trial date be continued ninety (90) days on the grounds the Court's ruling on the cross motions may dispose of the case and obviate the need for the Court to handle pretrial documents.

**B.     Prior Extensions**

On January 8, 2014, the parties filed a stipulated request to continue the dispositive motion and trial dates (Dkt. No. 19) as follows:  dispositive motion date from January 15, 2014 to April 15, 2014; trial date from May 20, 2014 to August 19, 2014.  The Court granted the request.

The basis for the request was that the parties were hopeful that continued discussion would result in settlement.  It did not, however, the parties were able to narrow the issues to a relatively finite set of issues which the parties presented to the court in the motions for summary judgment referenced above.

**C.     Current and Proposed Schedule**

The current and proposed schedules are as follows:

| *Event* | *Current Schedule* | *Proposed Schedule* |
| --- | --- | --- |
| Pre-Trial Conference | July 9, 2014, 8:30 a.m. | **October 8, 2014, 8:30 a.m.** |
| Trial | August 19, 2014, 9:00 a.m. | **November 18, 2014, 9:00 a.m.** |

IT IS SO STIPULATED.

Dated:  June 26, 2014        BRANSON, BRINKOP, GRIFFITH & CAMPO LLP


By:    /s/ John R. Campo
       JOHN R. CAMPO
       Attorneys for Plaintiff
       MARTINI E RICCI IAMINO S.P.A. –
       CONSORTILE SOCIETA AGRICOLA


Dated:  June 26, 2014        MEUERS LAW FIRM, P.L.


By:    /s/ Steven E. Nurenberg (as authorized on June 26, 2014)
       LAWRENCE H. MEUERS
       STEVEN E. NURENBERG
       Attorneys for Defendant
       TRINITY FRUIT SALES COMPANY, INC.

**ORDER**

The Proposed Schedule shown above is adopted as the schedule of this action.  EXCEPT THAT THE PRETRIAL CONFERENCE SHALL BE RESET FOR OCTOBER 1, 2014 AT 10:00 A.M.

IT IS SO ORDERED.

Dated:   June 26, 2014                        _____
                                              SENIOR  DISTRICT  JUDGE