UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTINI E RICCI IAMINO S.P.A. – CONSORTILE SOCIETA AGRICOLA,** an Italian Company,<br><br>    **Plaintiff**<br><br>    v.<br><br>**TRINITY FRUIT SALES COMPANY, INC.,** a California Corporation, and DOES 1-20,<br><br>    **Defendant** | CASE NO. 1:13-CV-276 AWI SAB<br><br>ORDER ON DEFENDANT'S REQUEST TO FILE AN ADDITIONAL MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. No. 33) |

    This case stems from the provision of kiwi fruit from Plaintiff Martini E Ricci Iamno S.P.A. ("M&R") to Trinity Fruit Sales Company, Inc. ("Trinity").  On July 2, 2014, the Court issued an order on cross-motions for summary judgment.  See Doc. No. 32.  Following this order, there are only two causes of action that remain in this case – common counts for an account stated and an open book account.  See id.  As part of the summary judgment order, the Court permitted the parties to file a request for an additional summary judgment motion if they believed that such a motion would be beneficial.  See id.  On July 10, 2014, Defendant filed a request to file an additional summary judgment motion.  See id. at Doc. No. 33.  Plaintiff has neither filed a request nor responded to Defendant's request.  After considering Defendant's request, the Court will permit a second summary judgment motion to be filed and will set a briefing schedule.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's request to file an additional summary judgment motion (Doc. No. 33) is GRANTED;
2. Defendant shall file the additional summary judgment motion, along with supporting evidence and briefing, on or by 3:00 p.m. on July 25, 2014;
3. Plaintiff shall file either an opposition or notice of non-opposition on or by 3:00 p.m. on August 8, 2014; and
4. Defendant may file a reply on or by 3:00 p.m. on August 15, 2014.[1]

IT IS SO ORDERED.

Dated:   July 15, 2014                              _____
                                                    SENIOR   DISTRICT   JUDGE

---

[1] After the briefing has been received and reviewed, if the Court determines that a hearing would be beneficial, it will set a hearing date at that time.